**Form odc13grL**

# United States Bankruptcy Court
Eastern District of Louisiana

IN RE:
  George Lee                                         CASE NO. 09–13441
  Rebecca Lee

DEBTOR(S)                                CHAPTER 13    SECTION A

## ORDER

### Failure to Make a Payment within 30 days

      The Motion to Compel Compliance Or Alternatively, Motion to Dismiss Case filed by Trustee came up for hearing on the 7th day of September, 2010;

    Present at the hearing were:

    Andrew Wiebelt, II, Attorney for Trustee

    Phillip D. Rubins, Counsel for Debtor(s)

    No Objection to the Motion having been filed by Counsel for Debtor(s);

      The Court having considered the merits of the Motion, the arguments of the Trustee and Counsel for Debtor(s) as well as the evidence, stipulations and representations of both;

    **IT IS ORDERED,** that the Motion to Compel Compliance Or Alternatively, Motion To Dismiss Case is **GRANTED** and this case is **DISMISSED**.

    **IT IS FURTHER ORDERED,** that the automatic stay pursuant to 11 U.S.C. §362 is vacated and set aside.

      New Orleans, Louisiana, September 8, 2010.

                                                                      Hon. Elizabeth W. Magner
                                                                      United States Bankruptcy Judge